■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DANIEL CARRION, Appellant.—Appeal from judgment of the Supreme Court, Bronx County (Joseph Cerbone, J.), rendered on or about May 12, 1982, to be recalendared before a new panel of this court when perfected, and assigned counsel relieved and new counsel assigned, all as indicated. No opinion. Concur—Kupferman, J. P., Sullivan, Carro, Milonas and Smith, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLIE AVILES, Appellant.—Judgment, Supreme Court, Bronx County (Bertram Katz, J.), rendered on August 8, 1986, unanimously affirmed. The case is remitted to the Supreme Court, Bronx County, for further proceedings pursuant to CPL 460.50 (5). No opinion. Concur—Kupferman, J. P., Sullivan, Ross, Wallach and Smith, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CARLOS CRUZ, Appellant.—Judgment, Supreme Court, New York County (Harold Rothwax, J.), rendered on October 25, 1985, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. (See, Anders v California, 386 US 738; People v Saunders, 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Kupferman, J. P., Sullivan, Ross, Wallach and Smith, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID FELIX, Appellant.—Judgment, Supreme Court, New York County (Carol Berkman, J.), rendered on February 6, 1984, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. (See, Anders v California, 386 US 738; People v Saunders, 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur—Kupferman, J. P., Sullivan, Ross, Milonas and Wallach, JJ.